# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                       Reply to Northern Division Address

May 8, 2003

William Michael Jacobs, Esquire
10440 Little Patuxent Parkway, Suite 300
Columbia, Maryland 21044

                         Re:    Favorite v. USA, et al.
                                 RDB 02-2937

Dear Counsel/Parties:

This case has been **reassigned** to Judge Richard D. Bennett. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent documents.**

This case:

[ X ] is subject to electronic filing. Information on electronic filing procedures can be found on the Court's web site.

[  ] is not subject to electronic filing. However, if you are a registered CM/ECF user, you will receive electronic notification of any docket activity. There will not, however, be links to any documents which are filed.

                                                      Sincerely,

                                                      Felicia C. Cannon, Clerk

                                    By:   M. M. Starr
                                             Deputy Clerk

c:     Judges Garbis and Bennett

U.S. District Court (4/29/2003) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov