## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANNETTE FAVORITE | : | |
| **Plaintiff** | : | |
| v. | | CIVIL NO. RDB-02-2937 |
| | : | |
| UNITED STATES OF AMERICA | | |
| | : | |
| **Defendant** | | |
| | : | |

...oOo...

### JOINT STATUS REPORT

Counsel of record hereby provide the following information pursuant to this Court's Scheduling Order dated March 3, 2003. *The undersigned counsel has been authorized by the parties to provide this information to the Court.*

**A.    Status of Discovery**

The parties have engaged in the following discovery:

1. Plaintiff and Defendant have propounded written discovery, and both have responded.

2. The parties have the following depositions scheduled: Plaintiff Ms. Favorite at 10:00 a.m., Frankie Favorite at 11:00 a.m., and Wanda Shafer at 12:00 p.m. on July 11, 2003, in Frederick, Maryland. Plaintiff has not indicated an intent to depose any of Defendant's fact witnesses.

3. Plaintiff made no Rule 26(a)(2) disclosures, but has indicated in written discovery that she intends to call one of her treating physicians to testify on her behalf at trial. Defendant is scheduled to take the deposition of that physician, Dr. Cohen, on July

16, 2003, at 3:30 p.m.

4. Defendant has made Rule 26(a)(2) expert disclosures including the names of its retained expert, his background, and a written report. Plaintiff's counsel has not noted the deposition of the government's expert.

5. The United States has issued subpoenas for records from all of Plaintiff's treating facilities and physicians. However, not all of the requested documents have been produced.

6. The discovery deadline in this case is June 10, 2003.

**B.** **Pending Motions**

There are no pending motions at this time.

**C.** **Dispositive Pretrial Motions**

At this time the government has not determined whether or not it will file a dispositive pretrial motion. Plaintiff has indicated that she does not intend to file a dispositive pretrial motion.

**D.** **Trial**

The Plaintiff is not entitled to a jury trial in an action against the United States under the Federal Tort Claims Act. 28 U.S.C. §2402. Trial of this matter should last no more than two days. No trial date has yet been set.

**E.** **Settlement Discussions**

No substantive settlement discussions have yet taken place.

    **F.**    <u>**Alternative Dispute Resolution**</u>

The parties are willing to participate in a post-discovery ADR settlement conference with a Magistrate Judge in August or September.

    **G.**    <u>**Reference of the Case to a U.S. Magistrate Judge**</u>

The parties are willing to have this case referred to a Magistrate Judge for all further proceedings.

    **H.**    <u>**Other Matters**</u>

None

    Respectfully submitted,

    Thomas M. DiBiagio
    United States Attorney

<u>July 10, 2003</u>        _____/s/_____
   Date        Ariana Wright Arnold
        Assistant United States Attorney
        Federal Bar No. 23000
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, MD 21201-2692
        (410) 209-4883