UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4953** |

July 16, 2003

W. Michael Jacobs, Esq.
Suite 300
10440 Little Patuxent Parkway
Columbia, MD 21044

Ariana Wright Arnold, Esq.
Assistant United States Attorney
101 West Lombard Street
Baltimore, MD 21201

    Re:  Annette Favorite v. United States
         Civil No. SKG-02-2937

Dear Counsel:

    The above-entitled case has been assigned to me for further proceedings, based on your consents. A scheduling conference will be held on Thursday, August 14, 2003, at 9:30 a.m. The conference will be by telephone and will be set up by my office unless counsel prefer to appear in person, in which case they should notify my chambers by August 11, 2003.

    I look forward to speaking with you both on August 14th.

                                  Sincerely yours,

                                  /s/

                                  Susan K. Gauvey
                                United States Magistrate Judge

cc:  Court File