UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4953**

August 15, 2003

W. Michael Jacobs, Esq.
Suite 300
10440 Little Patuxent Parkway
Columbia, MD 21044

Ariana Wright Arnold, Esq.
Assistant United States Attorney
101 West Lombard Street
Baltimore, MD 21201

    Re:  Annette Favorite v. United States
         Civil No. SKG-02-2937

Dear Counsel:

    This will confirm the schedule that has been set in this case and provide certain instructions relating to your pretrial and trial preparation.

**September 15, 2003**    Discovery deadline/status report due

Settlement conference to be scheduled before another magistrate judge as soon as possible after September 15, 2003.

**October 27, 2003**    Deadline for submitting joint pretrial order and motions in limine[1]

**November 18, 2003 at 3:00 p.m.**    Pretrial conference by telephone, if the parties file the required joint pretrial order in a timely fashion.

**December 1, 2003 at 9:30 a.m.**    Trial (counsel should come to chambers at 9:00 a.m. that morning).

---

    [1] The original of the motions in limine should be filed in the Clerk's Office.

**Guaranteeing Witness Availability**

Absent emergency circumstances, a party will guarantee the presence at trial of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2.i., as "expecting to present" at trial.

**Disclosure of Opinions of Expert Witnesses**

In addition to the information required by Local Rule 106.2.j, the pretrial order shall include for each party a concise summary of the opinion testimony expected from each witness identified by that party pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) who may testify at trial.  The parties shall identify those witnesses designated pursuant to Rule 26(a)(2)(A) separately from those designated pursuant to Rule 26(a)(2)(B).

**Exhibits**

Please be prepared to advise me at the pretrial conference if there are any objections to the documents and exhibits listed in the pretrial order in accordance with Local Rule 106.2.g.  Any objections not disclosed at that time, other than objections under Fed. R. Evid. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown.

All exhibits must be tagged and numbered prior to trial in accordance with Local Rule 106.7(a).  You must meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7(b).

Copies of the parties' proposed exhibits must be in a three-ring binder.  A copy of parties' exhibits should be submitted to the Court with the pretrial order.  The parties should attempt to agree on the admissibility of all exhibits and inform the Court of those exhibits about which agreement cannot be reached.  Those exhibits will be discussed at the pretrial conference.  The parties should provide, in addition, impeachment exhibits each intends to offer into evidence at trial.  Impeachment exhibits need not be disclosed to other parties.

**Use of Courtroom Equipment**

Please be prepared to advise me at the conference if you would like to use at trial any courtroom equipment.  The court has

available for your use VCRs and monitors, x-ray boxes, and one electronic evidence presenter.  The electronic evidence presenter may be reserved on a first come, first served basis in cases which are expected to last longer than one week and involve numerous documents.

**Trial Instructions**

　　　Please read carefully the attached memorandum entitled "Instructions To Counsel Re Trial Procedure And Conduct."  You are responsible for knowing the contents of these instructions and all of the provisions of Local Rule 107 concerning trial conduct.

　　　Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　/s/


　　　　　　　　　　　　　　　　Susan K. Gauvey
　　　　　　　　　　　　　　　　United States Magistrate Judge


cc:   Court File