IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANNETTE FAVORITE, ] | |
| ] | |
| Plaintiff ] | |
| ] | |
| v. ] | Civil Action No. |
| ] | SKG 02-2937 |
| UNITED STATES OF AMERICA, ] | |
| ] | |
| Defendant ] | |

PLAINTIFF'S STATUS REPORT

Plaintiff ANNETTE FAVORITE, by her counsel, W. Michael Jacobs, Esquire and the LAW OFFICE OF W. MICHAEL JACOBS, respectfully submits the following status report. Despite efforts, over the past two weeks Plaintiff has been unable to reach counsel for Defendant in order to discuss submitting a joint report.

1. <u>Discovery</u>. Both parties have completed and supplemented all previously requested discovery, except that a previously noticed deposition of an independent witness, Wanda Shafer, was postponed due to Ms. Shafer's attendance at her mother's funeral, and the parties have not yet been able to reschedule that deposition. It was timely noted by Defendant and the parties have agreed to continue it from day to day until it can be completed at the earliest mutually agreeable date. Following receipt of Defendant's responses to Plaintiff's Request for Admissions, Plaintiff has determined she does not need to notice a Rule 30(b)(6) deposition of Defendant.

2. <u>Pretrial ADR</u>. The parties note that the Court has referred this matter to Magistrate Judge Beth Gesner and a pretrial settlement conference has been scheduled for Thursday, October 16, 2003 at 10:00 a.m.

3. <u>Motions</u>.  There are no motions pending at this time.  Plaintiff does not intend to file a dispositive pre-trial motion and believes Defendant also does not intend to do so.

4. <u>Trial</u>.  The Court has set a two-day trial beginning December 1, 2003, at 9:00 a.m., with submission of a Joint Pretrial Order and Motions in Limine due by October 27 and a Pretrial Conference by telephone on November 18 at 3:00 p.m.  The parties anticipate no difficulty in holding to that schedule.

5. <u>Settlement Discussions</u>.  The parties have commenced meaningful settlement discussions and will continue to do so until trial if the matter is not previously resolved.

6. <u>Other matters</u>.  None requiring the attention of the Court at this time.

Respectfully submitted,

_____
W. Michael Jacobs, Esquire
U.S. Dist. Md. Bar No. 03239

**LAW OFFICE OF W. MICHAEL JACOBS**
30 Corporate Center, Suite 300
10440 Little Patuxent Parkway
Columbia, Maryland  21044
410-740-5685

Attorney for Plaintiff