**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

October 15, 2003

RE: <u>Favorite v. United States</u>, SKG-02-2937

MEMORANDUM FOR COUNSEL

Dear Counsel:

    Based upon my discussions with both of you today, it appears that we are in agreement that it would be productive to postpone the settlement conference scheduled for tomorrow so as to allow you to confer with each other further. This will confirm that the settlement conference is rescheduled for Thursday, October 23, 2003 at 10:00 a.m. Please feel free to call me this week if I may be of assistance in your discussions.

    Thank you for your attention to this matter.

Sincerely,

/s/

Beth P. Gesner
United States Magistrate Judge

cc: Judge Gauvey