**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

October 24, 2003

William Michael Jacobs, Esquire
10440 Little Patuxent Pkwy
Suite 300
Columbia, Maryland 21044

Ariana Wright Arnold
Assistant United States Attorney
United States Attorney's Office
U. S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Subject: Annette Favorite v. United States of America
          Civil No.  SKG-02-2937

Dear Counsel:

    This will confirm that, at the request of the parties, the settlement conference in the above referenced case has been rescheduled to Wednesday, November 5, 2003 at 9:15 a.m.  This date will not be changed except for good cause.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

    Very truly yours,

    /s/

    Beth P. Gesner
    United States Magistrate Judge

cc:    Court file