## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**MDD_skgchambers@mdd.uscourts.gov**<br>**(410) 962-4953**<br>**(410) 962-2985 - Fax** |

October 30, 2003

W. Michael Jacobs, Esq.
Suite 300
10440 Little Patuxent Parkway
Columbia, MD 21044

Ariana Wright Arnold, Esq.
Assistant United States Attorney
101 West Lombard Street
Baltimore, MD 21201

    Re:  Annette Favorite v. United States
          Civil No. SKG-02-2937

Dear Counsel:

    I understand that the settlement conference has been postponed in the above case until November 5, 2003, and while no request was made for a postponement of the deadline for filing of the pretrial order, the Court recognizes that it would be preferable to see if the case settles before spending time on pretrial preparations. Accordingly, if the case does not settle on November 5, the joint pretrial order will be due on November 10, 2003, in order to accommodate the trial date currently scheduled for December 1, 2003.

                                      Sincerely yours,

                                      /s/

                                      Susan K. Gauvey
                                      United States Magistrate Judge