IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANNETTE FAVORITE, | ] |
| | ] |
| Plaintiff | ] |
| | ] |
| v. | ] Civil Action No. |
| | ] SG 02-2937 |
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Defendant | ] |

NOTICE OF SETTLEMENT AND REQUEST FOR LR 111 ORDER OF DISMISSAL

PLEASE TAKE NOTICE that the parties to the above captioned case have reached a settlement. The parties hereby request the Court to enter an Order pursuant to Local Rule 111, dismissing the entire case, each party to bear its own costs, without prejudice to the right of any party to move for good cause to re-open the case if settlement is not consummated within sixty (60) days.

Respectfully submitted,

_____    _____
Ariana Wright Arnold, Esquire        W. Michael Jacobs, Esquire
Assistant United States Attorney     U.S. Dist. Md. Bar No. 03239
6625 United States Courthouse        LAW OFFICE OF W. MICHAEL JACOBS
101 West Lombard Street              30 Corporate Center, Suite 300
Baltimore, MD 21201-2692             10440 Little Patuxent Parkway
410-209-4883                         Columbia, MD 21044
Attorney for Defendant               410-740-5685
                                     Attorney for Plaintiff


APPROVED:_____ DATE:_____
         United States Magistrate Judge